**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6951**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALBERT BETEMIT, a/k/a Juan Lopez, a/k/a Jose
Ivan Torres, a/k/a Jose Frias,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (CR-95-64, CA-98-746-3)

_____

Submitted:  November 23, 1999      Decided:  December 10, 1999

_____

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Albert Betemit, Appellant Pro Se.  N. George Metcalf, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Betemit, Nos. CR-95-64; CA-98-746-3 (E.D. Va. May 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED